IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03105-PAB-KAS

ACUITY, a mutual insurance company,

    Plaintiff,

v.

KINSALE INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Motion to Restrict Access Pursuant to D.C.COLO.LCivR 7.2(c)** [#2] (the "First Motion") and Plaintiff's **Motion to Restrict Access to Document Nos. 19 and 24 Pursuant to D.C.COLO.LCivR 7.2(c)** [#29] (the "Second Motion") (collectively, the "Motions"). In accordance with D.C.COLO.LCivR 7.2(d), the Motions were publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed.

    Plaintiff contemporaneously filed the First Motion [#2] with the Complaint [#1] (redacted) and [#3] (unredacted). In the First Motion [#2], Plaintiff notes that the claims arise from an underlying settlement agreement which contains a confidentiality provision. *First Motion* [#2] ¶ 4. Plaintiff seeks to protect a limited category of documents: documents which contain information "limited to the terms and conditions of the Settlement Agreement; and the negotiations that preceded the formation and execution of the Settlement Agreement." *Id.* ¶ 8. The Court has reviewed the redacted and unredacted versions of the Complaint [#1 and #3] and is satisfied that the redactions fall within this category.

    In the Second Motion [#29], Plaintiff asks the Court to maintain the Level 1 Restriction for its unredacted Response in Opposition to Defendant Kinsale Insurance Company's Partial Motion to Dismiss [#19] and its unredacted Amended Response in Opposition to Defendant Kinsale Insurance Company's Partial Motion to Dismiss [#24]. Plaintiff filed redacted versions of both documents at docket entries #20 and #26, respectively, to which the public has access. The information Plaintiff seeks to protect concerns "the terms of the Settlement Agreement or the negotiations that produced it," communications which Plaintiff asserts are confidential. *Second Motion* [#29] at ¶¶ 16-

19. The Court has reviewed the redacted and unredacted opposition briefs and is satisfied the redactions fall within this category.

Pursuant to D.C.COLO.LCivR 7.2(c), the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy and confidentiality in the unredacted documents, and Plaintiff has filed redacted versions of those documents, which the public may access. Accordingly,

IT IS HEREBY **ORDERED** that the Motions [#2, #29] are **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following documents **UNDER RESTRICTION** at **LEVEL 1**:[1] *Restricted Document* [#3]; *Restricted Document* [#19]; and *Restricted Document* [#24].

Dated:  March 18, 2024

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2(b).