IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03105-RMR-KAS

JOHN SALIAMONAS,

    Plaintiff and Counter Defendant,

v.

LTF TRIATHLON SERIES, LLC, and
LTF CLUB OPERATIONS COMPANY, INC., doing business as Life Time Fitness,

    Defendants and Counter Claimants,

and

CHARLES BROKAW doing business as BROKAW CONTRACTING,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendant Charles Brokaw's **F.R.C.P. 45(g) Motion to Compel Non-Party Katherine Sprinkel to Attend a Deposition** [#52] (the "Motion"). There is no indication in the Motion [#52] that Non-Party Katherine Sprinkel has been served with a copy of the Motion [#52] or otherwise received notice of the Motion's filing. Accordingly,

    IT IS HEREBY **ORDERED** that Defendant Charles Brokaw shall serve a copy of the Motion [#52] **and** a copy of this Minute Order on Katherine Sprinkel as soon as practicable and shall file a Notice on the docket indicating when this has been accomplished.

    IT IS FURTHER **ORDERED** that Katherine Sprinkel shall file a Response to the Motion [#52] **within 14 days** of service of the Motion and this Minute Order. **No reply will be permitted.** On review of the briefs, the Court will determine whether a hearing is necessary.

    Dated:   April 20, 2024