IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03105-PAB-TPO

ACUITY,

    Plaintiff,

v.

KINSALE INSURANCE COMPANY,

    Defendant.

**MINUTE ORDER**

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 23, 2025.**

    For good cause shown, and to account for the upcoming Discovery Hearing in this matter, Plaintiff's Motion to Amend Scheduling Order [ECF 68] is **granted**. The Court notes that Defendant does not oppose the amendment. The Court **modifies** Section 9 of the Scheduling Order [ECF 36] as follows:

| | |
|---|---|
| Discovery Cut-Off | March 18, 2025 |
| Dispositive Motion Deadline | April 1, 2025 |